IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

        Plaintiff,                       No. CIV S-08-1414 EFB P

    vs.

THOMAS,

                                  ORDER

        Defendant.

                                 /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

        Plaintiff has not filed an amended complaint pursuant to this court's May 1, 2009, order. The court gave plaintiff the opportunity to amend before serving the complaint; accordingly defendant has not yet entered an appearance.

        In the June 20, 2008, complaint, plaintiff claims that defendant Thomas was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment and forced him to take psychotropic medications against his will in violation of the Fourteenth Amendments. Dckt. No. 1.  On December 16, 2008, plaintiff filed a motion to amend the complaint, asserting

that the defendant is not named "Thomas," but is named "Thompson."  Dckt. No. 5.  He did not file a proposed amended complaint.  The court granted the motion to ensure that this action proceeds smoothly, and gave plaintiff 30 days to file an amended complaint.  Dckt. No. 6.  More than four months have passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, this action is dismissed without prejudice.

Dated:  September 23, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE